IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF TEXAS DALLAS DIVISION



| | |
|---|---|
| JOSE PAZ GARCIA | |
| VS. | NO. 3-95-CR-0264-P(01) |
| UNITED STATES OF AMERICA | |

MOTION FOR RECONSIDERATION FOR A COMPASSIONATE RELEASE

To the Honorable Judge of said Court:

Comes now Jose Paz Garcia, the petitioner, pro se, and respectfully moves this Honorable Court pursuant to 3582(c) to grant a Compassionate Release. In support thereof, Petitioner will show this Court as follows:

I

STATEMENT OF JURISDICTION

Because of the recent implementation of the CARES Act, petitioner should be allowed to address this Honorable Court without having to exhaust all of the BOP's remedy process which gives this Court jurisdiction in this matter.

II

## STATEMENT OF THE CASE

On May 13, 1995, Petitioner was arrested and subsequently charged with Conspiracy to Possess with Intent to Distribute Marijuana. To which ultimately the Petitioner plead guilty. On December 18, 1996, Petitioner was sentenced by the Honorable Judge Solis to a term of life imprisonment to which he has now served more than twenty-five (25) years and now seeks a Compassionate Release.

III

## REASONS FOR SEEKING RELEASE

Petitioner seeks a Compassionate Release first for the sake of his family. Petitioner has lost his mother, who passed in 2017, his father in 2006 and a daughter that passed away in 2004. Petitioner has a very loving wife that has stood by him this entire term one that has never stopped praying that something would take place in the courts that would send her husband home to her. All the while, it is taking all the fight that she can gather, so that she might be able to continue to fight a fight that she has been in for the past fifteen (15) years. She has been fighting breast cancer, and she is now in the early stages of Alzheimer's disease. Petitioner also has a daughter that is fighting for her life with a liver disease, because there was a cancer found in her blood.

Petitioner is now sixty-seven (67) years of age. He is now at the age bracket to which the Compassionate Release for prisoners was first established. Petitioner asks that this Honorable Court would also take into account that the fact is if the Petitioner was being sentenced today, he would in no way be subjected to a prison term of which he is now serving.

Petitioner prays that this Honorable Court would also consider petitioner's record of conduct while serving his sentence. Ultimately Petitioner prays that this Honorable Court would grant him a Compassionate Release.

Wherefore, based on the above Jose Paz Garcia respectfully moves this Honorable Court grant a Compassionate Release.

Respectfully Submitted, this 22 Day of 2020

*Jose Paz Garcia*

JOSE PAZ GARCIA

Pro Se Representation



| | **Individualized Reentry Plan - Program Review  (Inmate Copy)** | SEQUENCE: 00024896 |
|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | Team Date: 07-08-2020 |
| | Plan is for inmate: GARCIA, JOSE PAZ  00811-079 | |

| | | | |
|---|---|---|---|
| Facility: | POM  POLLOCK MED FCI | Proj. Rel. Date: | UNKNOWN |
| Name: | GARCIA, JOSE PAZ | Proj. Rel. Mthd: | LIFE |
| Register No.: | 00811-079 | DNA Status: | FOM03124 / 05-24-2011 |
| Age: | 67 | | |
| Date of Birth: | 01-24-1953 | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| POSSIBLE DEPORTATION; #A34647001 | null |

### Pending Charges

| |
|---|
| ICE Detainer |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| POM | UNICOR 6 | UNICOR 6 | 02-25-2020 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| POM | ESL EXEMPT | ESL NEED-PERMANENTLY EXEMPT | 05-12-1997 |
| POM | GED HAS | COMPLETED GED OR HS DIPLOMA | 07-12-2005 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| POM | C | PIANO | 03-19-2016 | 06-04-2016 |
| POM | C | LIFESKILLS IN SPANISH | 09-08-2014 | 11-20-2014 |
| POM | C | INMATE IN GUITAR CLASS | 10-22-2013 | 01-07-2014 |
| FOM | C | RELIGIOUS PGM / PERS GRWTH #C6 | 01-20-2012 | 01-20-2012 |
| FOM | C | RELIGIOUS PGM / PERS GRWTH #C6 | 01-13-2012 | 01-13-2012 |
| FOM | C | RELIGIOUS PGM / PERS GRWTH #C6 | 10-07-2011 | 10-07-2011 |
| FOM | C | RELIGIOUS PGM / PERS GRWTH #C6 | 08-16-2011 | 08-16-2011 |
| FOM | C | PIANO; REC MUSIC PGM | 03-08-2010 | 07-13-2010 |
| FOM | C | STATIONARY BIKING | 09-10-2009 | 09-10-2009 |
| FOM | C | SWISS BALL CLASS | 02-18-2009 | 03-29-2009 |
| FOM | C | BEGINNING ACOUSTIC GUITAR | 01-20-2009 | 03-28-2009 |
| FOM | C | INTRO TO AEROBIC EXERCISE | 11-14-2008 | 01-01-2009 |
| FOM | C | SPECIAL NEEDS EXERCISE | 08-07-2008 | 09-11-2008 |
| FOM | C | BEGINNING BASS GUITAR | 04-01-2008 | 06-16-2008 |
| FOM | C | ACCORDIAN CLASS | 07-09-2007 | 09-18-2007 |
| FOM | C | INTERMEDIATE ACOUSTIC GUITAR | 04-03-2007 | 07-02-2007 |
| FOM | C | ACCORDIAN CLASS | 04-23-2007 | 07-02-2007 |
| FOM | C | BEGINNING ACOUSTIC GUITAR | 02-01-2007 | 03-31-2007 |
| FOM | W | RECREATION BEGINNING GUITAR | 01-01-2007 | 02-01-2007 |
| FOM | C | RECREATION INTERMEDIATE GUITAR | 10-09-2006 | 12-28-2006 |
| FOM | C | SPEED WALKING | 10-31-2006 | 12-25-2006 |
| FOM | C | REAL ESTATE 7-8P R | 10-04-2006 | 12-06-2006 |
| FOM | W | BASIC ESL 7:30-9 M-F | 08-24-2006 | 11-29-2006 |
| FOM | C | INVESTMENTS | 07-10-2006 | 09-11-2006 |
| FOM | W | BAS ESL 9-10:30 M-F | 04-03-2006 | 08-24-2006 |
| FOM | C | RECREATION SPANISH GUITAR | 04-06-2006 | 08-06-2006 |
| FOM | C | RECREATION BEGINNING SAX | 04-06-2006 | 08-06-2006 |
| FOM | C | RECREATION MUSIC THEORY | 04-06-2006 | 08-06-2006 |
| FOM | C | STOCKS BONDS 6-7PM R | 04-03-2006 | 05-23-2006 |
| FOM | C | ASTRONOMY 6-8PM M | 04-03-2006 | 05-01-2006 |
| FOM | W | RECREATION BEGINNING SAX | 01-03-2006 | 03-31-2006 |
| FOM | C | RECREATION SPANISH GUITAR | 01-03-2006 | 03-31-2006 |
| FOM | W | BASIC ESL 7:30-9 M-F | 12-01-2005 | 04-03-2006 |
| FOM | C | BUSINESS 6-7 PM T | 01-18-2006 | 03-22-2006 |



## Individualized Reentry Plan - Program Review  (Inmate Copy)
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: GARCIA, JOSE PAZ   00811-079

SEQUENCE: 00024896
Team Date: 07-08-2020

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| FOM | C | ENTREPRENEURSHIP 7-8PM M | 01-09-2006 | 03-20-2006 |
| FOM | C | RECREATION INTERMEDIATE GUITAR | 09-28-2005 | 12-24-2005 |
| FOM | C | RECREATION SPANISH GUITAR | 09-28-2005 | 12-24-2005 |
| FOM | C | RPP ORIENTATION | 11-02-2005 | 11-02-2005 |
| BMM | C | BEG. SPANISH GUITAR | 07-20-2005 | 09-22-2005 |
| BMP | C | LEGAL RESEARCH, SUN. 1:30 PM | 06-27-2004 | 09-13-2004 |
| BMP | W | BEGINNING CROCHET, SATURDAYS | 04-09-2003 | 07-17-2003 |
| BMP | C | BEGINNING LEATHER CLASS | 04-18-2003 | 07-17-2003 |
| BMP | W | SPANISH GED 1:30-3:30 PM | 02-10-2002 | 10-23-2002 |
| BMP | W | SPANISH GED 230-330 PM | 05-29-2001 | 02-10-2002 |
| BMP | W | VOLUNTARY ESL CLASS, EVENINGS | 02-07-2000 | 07-01-2000 |
| BMP | C | ADV TYPING 2:30-3:30 | 02-15-2000 | 03-15-2000 |
| BMP | C | TYPING MON-FRI 1:30 - 2:30PM | 01-18-2000 | 02-12-2000 |
| BMP | W | ENGLISH M-F 8:00-10:00AM | 02-10-1998 | 04-27-1999 |
| LVN | W | ESL BEGINNING LEVEL I MULLER | 11-17-1997 | 11-28-1997 |
| LVN | W | ESL BEGINNING LEVEL I MULLER | 03-04-1997 | 05-07-1997 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*\*\* NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS \*\**

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 12-28-2004 |
| CARE1-MH | CARE1-MENTAL HEALTH | 07-09-2010 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| PAPER | LEGACY PAPER MEDICAL RECORD | 12-04-2018 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 08-20-2009 |
| YES F/S | CLEARED FOR FOOD SERVICE | 06-05-2013 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP UNQUAL | RESIDENT DRUG TRMT UNQUALIFIED | 03-09-2017 |
| DRG E COMP | DRUG EDUCATION COMPLETED | 05-25-2001 |
| DRG I NONE | NO DRUG INTERVIEW REQUIRED | 01-03-1998 |

### FRP Details

Most Recent Payment Plan

**FRP Assignment:** COMPLT    FINANC RESP-COMPLETED    Start: 02-22-1998
**Inmate Decision:** AGREED    50%    Frequency: MONTHLY
**Payments past 6 months:** $0.00    Obligation Balance: $0.00

#### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

*\*\* NO ADJUSTMENTS MADE IN LAST 6 MONTHS \*\**

### Payment Details

Trust Fund Deposits - Past 6 months:  $2,600.19        Payments commensurate ?  Y
New Payment Plan:  \*\* No data \*\*

### Progress since last review

Continued employment in UNICOR. No educational courses taken.

### Next Program Review Goals

Unit Team continues to recommend enrollment in Nutrition or Financial Planning by next review.



**Individualized Reentry Plan - Program Review  (Inmate Copy)**     SEQUENCE: 00024896
Dept. of Justice / Federal Bureau of Prisons     Team Date: 07-08-2020
Plan is for inmate: GARCIA, JOSE PAZ   00811-079

### Long Term Goals
Unit Team continues to recommend enrollment in VT Sewing, VT Culinary Arts, ACE CDL or VT Building Trades by 10/2020.

### RRC/HC Placement
No.
Criminal alien releasing to custody of ICE.

### Comments
Treaty Transfer: Eligible and not interested.
Is there documentation of any of the following?

\_\_\_ Any history of bankruptcy
\_x\_ No bank account
\_x\_ No assets nor liabilities noted in PSR
\_x\_ Debts noted in credit report or other source
\_\_\_ Tax liabilities/ back taxes
\_\_\_ Unpaid alimony/ child support
\_\_\_ Other indication of lack of financial management skills (specify)

The inmate has a financial/poverty skills need.

Jose Garcia #00811-079
Federal Correctional Ist
P.O. Box 4050
Pollock, LA 71467


RECEIVED-5
DEC 2 9 2020
MAILROOM

United States District Court
For the Northern District of
Texas Dallas Division
1100 Commerce Street Room 1452
Dallas, TX 75242

12/22/20

FEDERAL CORRECTIONAL COMPLEX
POLLOCK, LA

DATE:
THE ENCLOSED LETTER WAS PROCESSED THROUGH
SPECIAL MAILING PROCEDURES FOR FORWARDING TO
YOU. THE LETTER HAS NEITHER BEEN OPENED NOR
INSPECTED. IF THE WRITER RAISES A QUESTION OR
PROBLEM OVER WHICH THIS FACILITY HAS
JURISDICTION, YOU MAY WISH TO RETURN THE
MATERIAL FOR FURTHER INFORMATION OR
CLARIFICATION. IF THE WRITER ENCLOSES
CORRESPONDENCE FOR FORWARDING TO ANOTHER
ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO
THE ABOVE ADDRESS.