| Jose Paz Garcia<br>Petitioner, | |
|---|---|
| Vs | NO. 3:09-CV-01039-P |
| United States<br>Of<br>America | 3:95-cr-264 |

Motion For the Two Point Reduction All Drugs Minus

To The Honorable Judge Barbara M.G. Lynn

Comes now Jose Paz Garcia Pro Se and respectfully moves to this Honorable Court pursuant to 18 U.S.C. §3582 (c)(2). Filed for a Motion for Reduction of Sentence.

Statement of the Case

Petitioner was convicted by a jury of Conspiracy to Distribute Marijuana and

Cocaine in violation of 21 U.S.C. §846 and Unlawful Reentry after Deportation in

violation of 8 U.S.C. §1326(a) & (b)(1).

This court sentenced him to life in prison with regard to the first count and ten

years confinement with regard to the second count, to run concurrently.  His

conviction and sentence were affirmed on direct appeal. United States v. Garcia,

NO. 97-10012 (5th Cir Jun 29, 1998.) Petitioner later filed a motion to correct,

vacate, or set aside his sentence pursuant to 28 U.S.C. §2255. His §2255 motion

was denied. United States v Garcia, No. 3-99-CV-698-P (Tex. Dec. 8, 1998),

appeal dismissed, No. 00-10195 (5th Cir. Jun 12, 2000). Although he later filed an

application to file a successive §2255 motion in the Fifth Circuit Court of Appeals,

that application was denied. In Garcia, No. 05-11366 (5th Cir. Dec. 30, 2005).

Petitioner now seeks relief pursuant to 18 U.S.C. §3582 (c)(2), which allows the

Court to reduce a defendant's sentence if the sentencing range has been lowered

since the defendant was initially sentenced. See into 18 U.S.C. §3582 (c)(2).

Plea of Consideration

Your Honor I am now 68 years of age. I am seeking for a second chance and have the opportunity to at least have a date to go back home with my family and loved ones. 25 years ago I was a much younger man that committed a lot of mistakes. But, in 25 years, I have tried to become a better person, father, and grandfather. I took a number of BOP programs, kept a good conduct, and work to help my family. I have used all legal administrative remedies and I have not received relief. Now I come to this Honorable Court, humbly asking to consider any legal fact that can help me in this matter, and I pray that this Honorable Court grant me a Sentence Reduction under Title 18 U.S.C. §3582 (c)(2).

Respectfully Submitted,

[signature] 9/28/21

Jose Paz Garcia
#00811-079
FCI Pollock
PO Box 4050
Pollock, LA 71467

SHREVEPORT LA 710
28 SEP 2021 PM

FOREVER / USA
FOREVER / USA

RECEIVED

OCT - 1 2021

MAILROOM

X-RAY

United State District Court
Office of the Clerk
Northen District of Texas
1100 Commerce - Room 1452
Dallas, TX 75242

75242-131052

